Kathleen L. Wieneke, Bar #011139
Jennifer Erickson, Bar #015045
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1740
Fax: (602) 200-7880
kwieneke@jshfirm.com
jerickson@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants City of Phoenix, Butler, Quillman, Smith, Moeller, Shipley, Busby and Holton

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ELENA J. VALDEZ, individually, and as surviving daughter of Ernesto Valdez, decedent, on behalf of herself and all statutory claimants,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF PHOENIX, a body politic of the State of Arizona; THE CITY OF PHOENIX POLICE DEPARTMENT, a body politic; JACK HARRIS, in his official capacity as Chief of Police of City of Phoenix Police Department; JACK HARRIS and JANE DOE HARRIS, as husband and wife; STEVEN BUTLER, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; STEVEN BUTLER and JANE DOE BUTLER, as husband and wife; DANIEL QUILLMAN, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; DANIEL QUILLMAN and JANE DOE QUILLMAN, as husband and wife; JASON SMITH, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; JASON SMITH and JANE DOE SMITH, as husband and wife; MICHAEL MOELLER, in his official capacity as a sworn and certified police officer of the Phoenix Police | NO. CV06-2371-PHX-FJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1824023.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Department; MICHAEL MOELLER and JANE DOE MOELLER, as husband and wife; CHAD SHIPLEY, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; CHAD SHIPLEY and JANE DOE SHIPLEY, as husband and wife; TALLON BUSBY, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; TALLON BUSBY and JANE DOE BUSBY, as husband and wife; CHARLES HOLTON, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; CHARLES HOLTON and JANE DOE HOLTON, as husband and wife; XYZ CORPORATIONS, I-X; ABC PARTNERSHIPS, I-X; and JOHN DOES I-X,<br><br>                           Defendants. |

11   The parties hereby stipulate and agree that the above-captioned action may
12   be dismissed with prejudice, each party to bear his/her own costs and attorneys' fees.
13   DATED this 11th day of September, 2007.
14
15                                      JONES, SKELTON & HOCHULI, P.L.C.
16                                      By  /s/ Jennifer Erickson
                                            Kathleen L. Wieneke
17                                          Jennifer Erickson
                                            2901 North Central Avenue, Suite 800
18                                          Phoenix, Arizona  85012
                                            Attorneys for Defendants City of Phoenix,
19                                          Butler, Quillman, Smith, Moeller, Shipley,
                                            Busby and Holton
20
21                                      By  /s/ Elena J. Valdez
                                            Elena J. Valdez, Pro Per
22                                          1924 East Osborn Road
                                            Phoenix, Arizona  85016
23
24
25
26

1824023.1                                        2

1  ORIGINAL of the foregoing E-filed
   this 11th day of September, 2007.
2
3  COPY of the foregoing mailed this date to:

4  The Hon. Frederick J. Martone
   United States District Court
5  District of Arizona
6  401 West Washington
   Phoenix, AZ 85003
7
   COPY of the foregoing mailed
8  this 11th day of September, 2007, to:
9
   Elena Valdez
10 1924 East Osborn Road
   Phoenix, Arizona  85016
11 *Pro Per*

12 /s/ *Sue Ketz*
13