1  Kathleen L. Wieneke, Bar #011139
   Jennifer Erickson, Bar #015045
2  JONES, SKELTON & HOCHULI, P.L.C.
   2901 North Central Avenue, Suite 800
3  Phoenix, Arizona 85012
   Telephone: (602) 263-1740
4  Fax: (602) 200-7880
   kwieneke@jshfirm.com
5  jerickson@jshfirm.com
   minuteentries@jshfirm.com
6
   Attorneys for Defendants City of Phoenix,
7  Butler, Quillman, Smith, Moeller, Shipley,
   Busby and Holton
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ELENA J. VALDEZ, individually, and as surviving daughter of Ernesto Valdez, decedent, on behalf of herself and all statutory claimants,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF PHOENIX, a body politic of the State of Arizona; THE CITY OF PHOENIX POLICE DEPARTMENT, a body politic; JACK HARRIS, in his official capacity as Chief of Police of City of Phoenix Police Department; JACK HARRIS and JANE DOE HARRIS, as husband and wife; STEVEN BUTLER, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; STEVEN BUTLER and JANE DOE BUTLER, as husband and wife; DANIEL QUILLMAN, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; DANIEL QUILLMAN and JANE DOE QUILLMAN, as husband and wife; JASON SMITH, in his official capacity as a sworn and certified police officer of the Phoenix Police Department; JASON SMITH and JANE DOE SMITH, as husband and wife; MICHAEL MOELLER, in his official capacity as a sworn and certified police officer of the Phoenix Police | NO. CV06-2371-PHX-FJM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1824064.1

1  Department; MICHAEL MOELLER and JANE DOE MOELLER, as husband and wife;
2  CHAD SHIPLEY, in his official capacity as a sworn and certified police officer of the
3  Phoenix Police Department; CHAD SHIPLEY and JANE DOE SHIPLEY, as husband and
4  wife; TALLON BUSBY, in his official capacity as a sworn and certified police officer
5  of the Phoenix Police Department; TALLON BUSBY and JANE DOE BUSBY, as husband
6  and wife; CHARLES HOLTON, in his official capacity as a sworn and certified police officer
7  of the Phoenix Police Department; CHARLES HOLTON and JANE DOE HOLTON, as
8  husband and wife; XYZ CORPORATIONS, I-X; ABC PARTNERSHIPS, I-X; and JOHN
9  DOES I-X,

                                    Defendants.

Upon stipulation of the parties,

      IT IS HEREBY ordered dismissing the above-captioned action with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 13th day of September, 2007.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge